

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00668-CV

**EX PARTE** John B. **NOONE**, Jr.

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09095
Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 6, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. Appellant has filed a certificate of service, stating that appellee does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM